UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

Plaintiff,

-against-

PRO SPORTORITY (ISRAEL) LTD. D/B/A MINUTE MEDIA,

Defendant.

26-CV-6111 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 31, 2026, the Court received a letter from Plaintiff, advising that he wishes to withdraw this action. (ECF 3.)

The Federal Rules of Civil Procedure allow a plaintiff voluntarily to dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A).[1] Defendants have not been served or appeared, and Plaintiff therefore does not require the Court's permission to dismiss this action.

Accordingly, based on Plaintiff's notice to withdraw this action (ECF 3), this action is voluntarily dismissed without prejudice under Rule 41(a). The Clerk of Court is directed to terminate any pending motions and close this case.

[1] A voluntary dismissal under Rule 41(a) is generally without prejudice. "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 11, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge